IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3084 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO OMAR HERNANDEZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This case is currently on appeal. The defendant has filed a motion (Filing 93) requesting appointment of counsel to represent him in sentence-reduction proceedings.

    IT IS ORDERED:

    1.    When the time is ripe, the court will advise the defendant if and when he may be entitled to a sentence reduction.

    2.    Defendant's motion (Filing 93) requesting appointment of counsel to represent him in sentence-reduction proceedings is denied.

    DATED this 23rd day of July, 2014.

                                    BY THE COURT:
                                    *Richard G. Kopf*
                                    Senior United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.