IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3084 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RICARDO OMAR HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant seeks the appointment of counsel to file a Petition for Writ of Certiorari, and he has filed a letter requesting that I appoint counsel. With that in mind, and treating the letter as a motion,

IT IS ORDERED that the motion to appoint counsel (filing no. 100) is denied without prejudice because the request is more properly directed to the Court of Appeals. The Clerk shall forward a copy of the motion and this order to the Clerk of the Court of Appeals.

Dated September 16, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge